THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:18-cv-00244-MR

| | |
|---|---|
| SHARON FLOOD RAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| NANCY A. BERRYHILL, Acting ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Plaintiff's Motion to Dismiss Civil Action Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure [Doc. 9].

For the reasons stated in the Plaintiff's Motion,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Dismiss [Doc. 9] is **GRANTED**, and this civil action is hereby **DISMISSED WITH PREJUDICE** pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Signed: February 14, 2019

Martin Reidinger
United States District Judge